# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA BOWIE-MIDDLETON | Case No. 3:24-cv-00320-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND TIME FOR THE FILING OF RESPONSE TO AMENDED COMPLAINT AND RESPONSIVE PLEADING IF REQUIRED** |
| WASHOE COUNTY SCHOOL DISTRICT, | |
| Defendant. | (First Request) |

The parties, by and through their counsel of record hereby submit this Stipulation and Order regarding the following:

1. On July 23, 2024, Plaintiff filed her Complaint. (ECF No. 1).

2. On August 20, 2024, Plaintiff filed her Amended Complaint. (ECF No. 7).

3. On August 22, 2024 Plaintiff's counsel, Terri Keyser-Cooper alerted Defendant's counsel, Neil A. Rombardo, via email, that she had a pre-paid trip planned to India which would take her out of her office from September 21-October 6, 2024. Ms. Keyser-Cooper asked Mr. Rombardo if he would agree to an extension of time for the filing of a response to Defendant's Motion to Dismiss, should such motion be filed. Mr. Rombardo graciously agreed.

///

1

4. The parties respectfully request the filing of Defendant's responsive pleading, either an Answer or a Motion to Dismiss, be extended to October 14, 2024 and Plaintiff's Opposition to the Motion to Dismiss, should such motion be filed, be extended to October 28, 2024.

IT IS SO STIPULATED this 27th day of August, 2024.

| LAW OFFICE of TERRI KEYSER-COOPER | WASHOE COUNTY SCHOOL DISTRICT |
|---|---|
| By: /s/ Terri Keyser-Cooper<br>Terri Keyser-Cooper Bar No. 3984<br>125 Edgewater Parkway, Reno, NV 89519<br>1548 Kachina Ridge Dr., Santa Fe, NM 87507 | By: /s/Neil A. Rombardo<br>Neil A. Rombardo  Bar No. 6800<br>P.O. Box  30425425 E. 9th St.<br>Reno, NV  89520 |

**IT IS SO ORDERED** this 28th day of August, 2024.

_____
Anne R. Traum
United States District Court Judge

2