UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA BOWIE-MIDDLETON,<br><br>    Plaintiff,<br><br>    vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br><br>    Defendant.<br>_____/ | CASE NO.: 3:24-cv-00320-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel of record, having settled all claims in this matter, hereby stipulate to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and of the Local Rules of Practice for the United States District Court for the District of Nevada Rule LR 7-1, with each party bearing their own fees and costs.

DATED this 18th day of February, 2025.　　　　DATED this 18th day of February, 2025.

LAW OFFICE OF　　　　　　　　　　　　　　　　WASHOE COUNTY SCHOOL DISTRICT
TERRI KEYSER COOPER　　　　　　　　　　　　OFFICE OF THE GENERAL COUNSEL

By: /s/ Terri Keyser Cooper, Esq.　　　　　　　By: /s/Neil A. Rombardo, Esq.
    Terri Keyser Cooper, Esq.　　　　　　　　　    Neil A. Rombardo, Esq.
    Nev. Bar No. 3984　　　　　　　　　　　　　    Nev. Bar No. 6800
    125 Edgewater Parkway　　　　　　　　　　    P.O. Box 30425
    Reno, Nevada 89519　　　　　　　　　　　　    Reno, Nevada 89520-3425

    Attorney for Plaintiff　　　　　　　　　　　　    Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　    Washoe County School District

1

**ORDER**

IT IS HEREBY ORDERED that the above referenced case, Case No. 3:24-cv-00320, is dismissed with prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED this <u>19th day of February, 2025</u>.

_____
ANNE R. TRAUM
DISTRICT COURT JUDGE